# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conroy, John M. | U.S. District Court-District of Vermont | 03/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Bar Assn | Feb. 28-29, 2014 | New York NY | Bar Assn. Dinner | Travel, hotel, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. Brokerage account # 1: | | | | | | | | | |
| 5. AFLAC common stock | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 6. Abbott Laboratories common stock (X) | A | Dividend | K | T | | | | | |
| 7. Abbvie Common Stock (X) | A | Dividend | K | T | | | | | |
| 8. Alerian MLP ETF | A | Distribution | J | T | Buy | 09/09/14 | J | | |
| 9. American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 10. American Tower REIT | A | Distribution | | | Sold | 09/09/14 | J | B | |
| 11. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 12. AT&T common stock (X) | A | Dividend | J | T | | | | | |
| 13. ADP common stock (X) | A | Dividend | J | T | | | | | |
| 14. Bank of America common stock | A | Dividend | J | T | | | | | |
| 15. Continental Resources common stock | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 16. Mastercard Inc. common stock | A | Dividend | K | T | | | | | |
| 17. BCE Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BE Aerospace common stock | A | Distribution | J | T | Buy | 1/15/14 | J | | |
| 19. Boeing common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 20. Bristol Myers Squibb common stock | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 21. Canadian Pacific Railway common stock | A | Dividend | J | T | Sold (part) | 03/26/14 | J | B | |
| 22. CDK Global Inc. common stock | A | Dividend | J | T | Spinoff (from line 13) | 09/30/14 | J | | |
| 23. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 24. Citrix Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | B | |
| 25. Coca-Cola common stock | A | Dividend | J | T | | | | | |
| 26. Conoco-Phillips common stock | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 27. Costco Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 28. Crown Castle | A | Dividend | | | Sold | 09/09/14 | J | | |
| 29. Dominion Resources common stock (X) | A | Dividend | | | Sold | 09/09/14 | J | D | |
| 30. Dreyfuus Large Cap. Growth mutual fund (X) | A | Distribution | J | T | | | | | |
| 31. Dreyfus Strategic Value mutual fund (X) | A | Distribution | J | T | | | | | |
| 32. Dupont EI de Nemours common stock (X) | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 33. Exxon Mobil common stock (X) | A | Dividend | K | T | | | | | |
| 34. Express Scripts common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 36. Freeport McMoran Copper & Gold Inc. common stock | A | Dividend | | | Sold | 12/11/14 | J | A | |
| 37. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 38. General Electric common stock | A | Dividend | K | T | | | | | |
| 39. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 40. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 41. Hospira Inc. common stock (X) | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 42. IBM common stock (X) | A | Dividend | K | T | | | | | |
| 43. Intuitive Surgical Common stock | A | Dividend | | | Sold | 01/15/14 | J | B | |
| 44. Ishares Emerging Markets ETF (X) | A | Distribution | | | Sold | 09/09/14 | J | C | |
| 45. Ishares MSCI EAFE ETF (X) | A | Distribution | J | T | | | | | |
| 46. IDEXX Labs common stock | A | Dividend | | | Sold | 03/25/14 | J | A | |
| 47. Johnson and Johnson common stock (X) | A | Dividend | J | T | | | | | |
| 48. JP Morgan Chase (X) | A | Dividend | K | T | | | | | |
| 49. KLX Inc. common stock | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 50. Linkedin Corp. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 51. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MobilEye N.V. common stock | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 53. News Corp. common stock (X) | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 54. Proctor & Gamble common stock (X) | A | Dividend | K | T | | | | | |
| 55. Qualcomm Inc. common stock | A | Dividend | J | T | | | | | |
| 56. RPM Inc. common stock | A | Dividend | J | T | | | | | |
| 57. Starbucks Corporation common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 58. Schlumberger LTD common stock | A | Dividend | | | Buy | 09/09/14 | J | | |
| 59. | | | | | Sold | 12/11/14 | J | A | |
| 60. SPDR Trust Series 1 (X) | A | Distribution | K | T | | | | | |
| 61. Time Warner common stock | A | Dividend | K | T | Buy | 09/09/14 | J | | |
| 62. Twenty First Century Fox common stock (X) | A | Dividend | | | Sold | 09/09/14 | J | C | |
| 63. Transocean LTD common stock | A | Dividend | | | Sold | 09/09/14 | J | A | |
| 64. Vanguard Natural Resources LLC | A | Distribution | | | Sold | 12/11/14 | J | A | |
| 65. Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 66. Verizon Comm'n Inc. common stock | A | Dividend | J | T | Sold (part) | 02/20/14 | J | B | |
| 67. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 68. Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #1 (income beneficiary): | | | | | | | | | |
| 70. AFLAC Inc. common stock | A | Dividend | | | Sold | 08/06/14 | K | A | |
| 71. American Int'l Group common stock | A | Dividend | K | T | | | | | |
| 72. American Tower REIT | A | Distribution | J | T | | | | | |
| 73. Apple Inc. common stock | A | Dividend | K | T | Buy (add'l) | 09/09/14 | J | | |
| 74. Bank of America common stock | A | Dividend | K | T | | | | | |
| 75. BCE Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | A | |
| 76. BE Aerospace Common stock | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 77. Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 78. Boeing common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 79. Bristol Myers Squibb common stock | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 80. General Electric common stock | A | Dividend | J | T | | | | | |
| 81. Calpine Corp. common stock | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 82. Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 83. Citrix Systems common stock | A | Distribution | | | Sold | 03/25/14 | J | B | |
| 84. Coca Cola Inc. common stock | A | Dividend | | | Sold | 07/11/14 | J | B | |
| 85. Continental Resources com. stock: | A | Dividend | | | Sold | 01/15/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Conoco-Phillips common stock | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 87. CTrip.com International common stock | A | Dividend | | | Buy | 01/21/14 | J | | |
| 88. | | | | | Sold | 12/10/14 | J | A | |
| 89. Emerson Electric common stock | A | Dividend | J | T | | | | | |
| 90. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 91. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 92. Freeport McMoran Copper & Gold common stock | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 93. General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 94. General Electric common stock | A | Dividend | K | T | | | | | |
| 95. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 96. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 97. IBM common stock | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 98. KLX Inc. common stock | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 99. Linear Tech. common stock | A | Dividend | | | Buy | 1/15/14 | J | | |
| 100. | | | | | Sold | 07/11/14 | J | A | |
| 101. Linkedin Inc. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 102. Medtronic Inc. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 104. Pepisco common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 105. Qualcomm Inc. common stock | A | Dividend | K | T | | | | | |
| 106. RPM Inc. common stock | A | Dividend | K | T | | | | | |
| 107. Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 108. Transocean Inc. common stock | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 109. Seadrill Ltd common stock | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 110. Starbucks Corp. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 111. Time Warner common stock | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 112. Vanguard Natural Resources LLC | A | Distribution | | | Sold | 12/10/14 | J | A | |
| 113. Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 114. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 115. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 116. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 117. Intuitive Surgical inc. common stock | A | Dividend | | | Sold | 01/15/14 | J | B | |
| 118. IDEXX Labs Inc. common stock | A | Dividend | | | Sold | 03/25/14 | K | D | |
| 119. Apple Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Citrix Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 121. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 122. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 123. Trust #2 (income beneficiary): | | | | | | | | | |
| 124. AFLAC common stock | A | Dividend | | | Sold | 08/26/14 | J | A | |
| 125. American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 126. Bank of America common stock | A | Dividend | J | T | | | | | |
| 127. Boeing Inc. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 128. Bristol Myers Squibb common stock | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 129. Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 130. Continental Resources common stock | A | Dividend | | | Sold | 01/14/14 | J | A | |
| 131. Conoco Phillips common stock | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 132. General Electric common stock | A | Dividend | J | T | | | | | |
| 133. IBM common stock | A | Dividend | J | T | Buy | 12/15/14 | J | | |
| 134. Linkedin Corp. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 135. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 136. Gilead Science common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Freeport McMoran CP & GLD | A | Dividend | J | T | | | | | |
| 138. Gen'l Dynamics common stock | A | Dividend | J | T | | | | | |
| 139. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 140. Intuitive Surgical Inc. common stock | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 141. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 142. Starbucks Corp. common stock | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 143. Walt Disney common stock | A | Dividend | J | T | | | | | |
| 144. BCE Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | A | |
| 145. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 146. Anadarko Petroleum common stock | A | Dividend | J | T | | | | | |
| 147. Berkshire Hathaway Class B common stock | A | Dividend | J | T | | | | | |
| 148. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 149. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 150. IDEXX Labs Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | C | |
| 151. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 152. Citrix Systems Inc. common stock | A | Dividend | | | Sold | 03/25/14 | J | A | |
| 153. Google Class A common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. 3M Company Inc. common stock | A | Dividend | J | T | | | | | |
| 155. Qualcomm. Inc. common stock | A | Dividend | J | T | | | | | |
| 156. Transocean Inc. common stock | A | Dividend | J | T | | | | | |
| 157. Vanguard Natural Resources LLC | A | Distribution | | | Sold | 12/11/14 | J | A | |
| 158. Vanguard REIT LLC | A | Distribution | J | T | | | | | |
| 159. Verizon common stock | A | Dividend | J | T | | | | | |
| 160. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 161. IRA acct : | | | | | | | | | |
| 162. Amgen Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 163. AIG Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 164. Apple Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 165. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 166. Boeing common stock | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 167. Conoco-Phillips Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 168. Jensen Quality Growth mutual fund | A | Distribution | | | Sold | 09/12/14 | K | D | |
| 169. Honeywell Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 170. Mobileye Inc. common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley Bank | A | Interest | J | T | Open | 08/22/14 | J | | |
| 172. Sequoia Fund mutual fund | A | Distribution | | | Sold | 08/28/14 | J | D | |
| 173. Schwab Cash Reserve money market account | A | Interest | | | Closed | 08/22/14 | J | | |
| 174. Coca-Cola common stock | A | Dividend | J | T | | | | | |
| 175. IRA acct. : | | | | | | | | | |
| 176. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 177. AFLAC Inc. common stock | A | Dividend | | | Sold | 09/12/14 | J | A | |
| 178. AIG common stock | A | Dividend | J | T | Buy | 09/12/14 | J | | |
| 179. Bank of America common stock | A | Dividend | J | T | | | | | |
| 180. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 181. Boeing common stock | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 182. Bristo Myers Squibb common stock | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 183. Century Link Inc. common stock | A | Dividend | J | T | Sold (part) | 09/12/14 | J | A | |
| 184. Conoco-Phillips common stock | A | Dividend | J | T | Buy | 12/16/14 | J | | |
| 185. General Electric common stock | A | Dividend | J | T | | | | | |
| 186. IBM common stock | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 187. Mobileye Inc. common stock | A | Distribution | J | T | Buy | 09/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Qualcomm. Inc. common stock | A | Dividend | J | T | | | | | |
| 189. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 190. Proctor and Gamble common stock | A | Dividend | J | T | | | | | |
| 191. RPM Inc. common stock | A | Dividend | J | T | | | | | |
| 192. SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | J | T | | | | | |
| 193. Sales Force Inc. common stock | A | Dividend | J | T | | | | | |
| 194. Starbucks Corp. common stock | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 195. 3M Co. common stock | A | Dividend | J | T | | | | | |
| 196. Vanguard Natural Resources LLC | A | Distribution | | | Sold | 12/16/14 | J | A | |
| 197. Brokerage acct #3: | | | | | | | | | |
| 198. Berkshire Hathaway class B common stock | A | Dividend | | | Sold | 10/30/14 | J | C | |
| 199. Schwab money market acct | A | Interest | | | Closed | 10/30/14 | J | | |
| 200. Vanguard S&P 500 Index fund | A | Int./Div. | J | T | | | | | |
| 201. Brokerage acct #4: | | | | | | | | | |
| 202. Berkshire Hathaway class B common stock | A | Dividend | | | Sold | 12/22/14 | J | B | |
| 203. Vanguard Windsor II Mutual Fund | A | Int./Div. | | | Sold | 07/28/14 | J | B | |
| 204. Charles Schwab Cash sweep acct | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 19

Name of Person Reporting

Conroy, John M.

Date of Report

03/26/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  403(b) plan : | | | | | | | | | |
| 206.  TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/15/14 | J | | |
| 207. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 208. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 209. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 210.  TIAA-CREF Equity stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/14 | J | | |
| 211. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 212. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 213. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 214.  TIAA-CREF Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/30/14 | J | | |
| 215. | | | | | Buy (add'l) | 06/15/14 | J | | |
| 216. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 217. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 218.  John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/14 | J | | |
| 219. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 220. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 221. | | | | | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. IRA acct; (X): | | | | | | | | | |
| 223. Vanguard S&P 500 Index Fund(X) | A | Distribution | J | T | Open | 01/02/14 | J | | |
| 224. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 03/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2012 Financial Disclosure Report:

1. Line 152 reported in error. Stillwater Mining ommon stock was sold during 2012 reporting period. Line 152 should therefore have read as follows:

   Stillwater Mining common stock    A    Dividend      Sold   10/2512   J    A

Amendments to 2013 Report

   1. Line 117 Stillwater Mining common stock not owned during the reporting period. See 2012 Amendment reported above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544